IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cr. No. 19-2854 JB ) |
| **ERIC ARELLANO, STEVEN GRIEGO** and **RAMIRO PEREZ,** | ) ) ) ) |
| Defendant. | |

## EXHIBIT LIST

The United States submits the following as its exhibit list, with the right to supplement the list:

1. Firearm and Ammunition
   APD and ICE Witnesses

2. Cell Phones
   APD and ICE Witnesses

3. Ledgers and Notes Seized from Studio Six Hotel and House on Esther
   APD and ICE Witnesses

4. Photos of Van
   APD and ICE Witnesses

5. Photos of Studio Six Motel
   APD and ICE Witnesses

6. Photos of Stash House on Esther St
   APD and ICE Witnsses

7. Copies of Wire Transfer Receipts
   Custodial Witnesses for Walmart
   Diesy Fuentes

8. Deposition of Elson Vazquez-Cua

9. Deposition of Edgar Estudiante-Palacios

10. Reciepts for Studio Six Hotel Regestry
    Studio Six Custodial Witness

11. Electronic Records from Cell Phones
    HSI SAs Steven Lopez and Marcus Moulton

12. Photo Line-up Photos for E.E.P. and E.V.

13. Lapel Cam Videos – APD
    Albuquerque Police Officers

14. Money Order Receipts – Diesy Fuentes

15. Jail Phone Calls for Steven Griego
    HSI Marcus Moulton

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed*

NORMAN CAIRNS
SAMUEL A. HURTADO
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7296
(505) 246-7296 fax

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendant.

*filed electronically*

NORMAN CAIRNS
Assistant U. S. Attorney