IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cr. No. 19-2854 JB ) |
| **ERIC ARELLANO, STEVEN GRIEGO** and **RAMIRO PEREZ,** | ) ) ) ) |
| Defendant. | |

## WITNESS LIST

The United States submits the following as its witness list, with the right to supplement the list:

1. Matthew Salcido
   DRO Homeland Security
   McDonalds

2. Deisy Fuentes
   Fact Witness

3. Brian Knoll
   United States Border Patrol

4. Steven Lopez
   Homeland Security Investigations

5. Marcus Moulton
   Homeland Security Investigations

6. Edgar Estudiante-Palacios
   Material Witness

7. Elson Vasquez-Cua
   Material Witness

8. Rigoberto Fuentes
   Material Witness

9. Albuquerque Police Detective Jones

10. Albuquerque Police officer Ginn

11. John Doe #1
    Confidential Source of Information

12. John Doe #2
    Confidential Source of Information

13. Jane Doe
    Confidential Source of Information

        Respectfully submitted,

        JOHN C. ANDERSON
        United States Attorney

        *Electronically filed*

        NORMAN CAIRNS
        SAMUEL A. HURTADO
        Assistant U.S. Attorneys
        201 Third St. NW, Suite 900
        Albuquerque, NM 87102
        (505) 346-7296
        (505) 246-7296 fax

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendant.

*filed electronically*

NORMAN CAIRNS
Assistant U. S. Attorney